PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER J. HARRIS GABN 329698
Regional Chief Counsel, Region IV
Social Security Administration
LINDA H. GREEN TBN 08365480
Special Assistant United States Attorney
    1301 Young Street, Mailroom 104
    Dallas, TX  75202
    Telephone: (214) 767-6154
    Facsimile: (214) 767-9228
    E-Mail: linda.green@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GARY JOE WORTHAM,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-CV-00367-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>(Doc. 18) |

    IT IS STIPULATED by and between Plaintiff and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.  Plaintiff agrees to destroy Exhibit 1E in the certified record (Administrative Record 218-25), because it belongs to a different person.  The parties request that the Court order the removal of Exhibit 1E from the Court's files and dispose of it according to the Court's procedures.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record.  The parties further request that the Court direct the Clerk of the Court to

Stip. to Remand: 1:21-cv-00367-SKO

enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 5th day of November 2021.

Dated:  February 25, 2022                    /s/Jonathan O. Pena
                                             JONATHAN O. PENA
                                             Attorney for Plaintiff
                                             Authorized via e-mail on February 25, 2022

Dated:  February 25, 2022                    PHILLIP A. TALBERT
                                             Acting United States Attorney
                                             CHRISTOPHER HARRIS
                                             Acting Regional Chief Counsel, Region VI
                                             Social Security Administration

                                    By:      /s/ Linda H. Green
                                             LINDA H. GREEN
                                             Special Assistant United States Attorney

                                             Attorneys for Defendant

Stip. to Remand: 1:21-cv-00367-SKO

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 18), and for good cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Gary Joe Wortham and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:   **February 28, 2022**              /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE